UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Dyamond Bradford–Hill,

      Plaintiff(s),

v.             Case No. 2:26–cv–10319–DPH–CI
             Hon. Denise Page Hood

Equifax Information Services,
LLC,

      Defendant(s),

_____

**NOTICE TO APPEAR REMOTELY**

  PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Denise Page Hood as follows:

  • STATUS CONFERENCE:  July 6, 2026 at 10:30 AM

  The Court will host the hearing.  Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys.  Be advised that this is an attorneys–only proceeding.  Connection information and instructions may not be forwarded, distributed or shared with non–participants without the Court¿s advance approval.

**Certificate of Service**

  I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

          By: s/L. Saulsberry_____
            Case Manager

Dated:  June 2, 2026