# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DYAMOND BRADFORD-HILL, | Case No.: 2:26-cv-10319-DPH-CI |
| Plaintiff, | Honorable Denise Page Hood |
| v. | Honorable Curtis Ivy, Jr |
| EQUIFAX INFORMATION SERVICES, LLC, | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |
| Defendant. | |

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Equifax, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Equifax.

**IT IS SO ORDERED.**

Dated:  June 9, 2026

s/Denise Page Hood
United States District Judge

1

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| DYAMOND BRADFORD-HILL, | Case No.: 2:26-cv-10319-DPH-CI |
| Plaintiff, | Honorable Denise Page Hood |
| v. | Honorable Curtis Ivy, Jr |
| EQUIFAX INFORMATION SERVICES, LLC, | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Dyamond Bradford-Hill and Defendant Equifax Information Services, LLC ("Equifax"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Equifax.

2

///

RESPECTFULLY SUBMITTED on June 9, 2026

By: */s/ Landon Maxwell*
Landon Maxwell, AZ Bar No. 038439
**CONSUMER JUSTICE LAW FIRM PLC**
8095 N. 85th Way
Scottsdale, AZ 85258
T: (480) 626-1975
F: (480) 613-7733
E: lmaxwell@consumerjustice.com

*Attorneys for Plaintiff*
*Dyamond Bradford-Hill*

By: */s/Heather H. Sharp*
Heather H. Sharp
hsharp@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA 30309-3958
Telephone: (404) 885-1500
Facsimile: (404) 892-7056

*Counsel for Defendant*
*Equifax Information Services LLC*